UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHRISTOPHER M. MACY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:12-cv-259-TWP-MJD |
| ) | |
| S. MEYERS, et al., ) | |
| ) | |
| Defendants. ) | |

# E N T R Y

The plaintiff's motion to reconsider the dismissal of certain claims in paragraph 5.a. and 5.b. in the Entry of May 7, 2012, [Dkt. 17] is **denied**. *See Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . .").

IT IS SO ORDERED.

Date: 06/27/2012

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Christopher Macy
956245
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064

All Electronically Registered Counsel