UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER M. MACY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:12-cv-00259-TWP-MJD |
| Lt. JEREMY ASHBY, S. MEYERS Officer, WALTER PETERSON, | ) |
| Defendants. | ) |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT.

Judgment is entered for the defendants and against the plaintiff.

Date: 07/28/2014

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

CHRISTOPHER M. MACY
DOC # 956245
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064

All Electronically Registered Counsel